United States District Court
Southern District of Texas
FILED

FEB 12 2015

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | B-15-mJ-162-1 |
|---|---|---|
| | § | |
| v. | § | No. 1:15-CR-6(5) |
| | § | (Judge Keith F. Giblin) |
| MARTIN ALEXIS VASQUEZ-CONDE (5) | § | |

## MOTION FOR DETENTION HEARING

COMES NOW the United States and asks this Honorable Court to set the instant case for detention hearing under Title 18, United States Code, section 3141, et. seq., and would show the Court the following:

1. The pending case involves:

   [ ] (A) A crime of violence.

   [ ] (B) An offense for which the maximum sentence is life imprisonment or death.

   [X] (C) An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or Title 21, United States Code, section 955(a).

   [ ] (D) A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, section 3142(f)(1)(A)(C) or comparable state or local offenses.

   [X] (E) A serious risk that the Defendant will flee.

   [ ] (F) A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

   [ ] (G) The person was on release pending trial for a felony under State,

Motion for Detention Hearing -- Page 1

      Federal or Local law; or was on probation or parole for an offense under State, Federal or Local law.

[ ] (H)  A felony that involves a minor victim.

[ ] (I)  A felony that involves the possession or use of a firearm or destructive device or any dangerous weapon.

[ ] (J)  A felony that involves the failure to register under Title 18, United States Code, Section 2250.

2.  No condition or combination of conditions will:

[X] (A)  Reasonably assure the appearance of the person as required.

[X] (B)  The safety of the community or any other person.

3.  Pursuant to Title 18, United States Code, section 3142(d), the person should be detained for a period of not more than ten days excluding Saturdays, Sundays and holidays.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Defendant be held without bond.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Michelle S. Englade
MICHELLE S. ENGLADE
Assistant United States Attorney
Texas Bar No. 06619650
350 Magnolia, Suite 150
Beaumont, Texas   77701-2237
(409) 839-2538
(409) 839-2550 (fax)
michelle.englade@usdoj.gov